United States District Court
Southern District of Texas
**ENTERED**
September 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Juan Gracia, §<br>   Plaintiff, §<br> §<br>vs. §<br> §<br>Wal-Mart Stores L.L.C. and §<br>Stanley Access Technologies, §<br> §<br>   Defendants. § | CIVIL ACTION NO. 15-cv-01190 |

## FINAL JUDGMENT

For the reasons stated in the Court's Order granting Defendants' Motion for Summary Judgment (**Instruction No. 29**) signed on the _28th_ day of September, 2016, **IT IS HEREBY ORDERED** that Plaintiff's claim is **DISMISSED with prejudice**.

**THIS IS A FINAL JUDGMENT.**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the _28th_ day of September, 2016, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE